UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY JAY EUGENE JOSEPH REID,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIVERA, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-1937 DB P<br><br><br>ORDER |

　　　　Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF Nos. 1, 2.)  However, the application is not dated and the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been filled out.  (ECF No. 2 at 2.)  Additionally, plaintiff has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  The court will provide plaintiff the opportunity to submit a completed in forma pauperis application and a certified copy of his inmate trust account statement in support of the application.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: September 15, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil Rights/R/reid1937.3c+.new