UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY JAY EUGENE JOSEPH REID,<br><br>Plaintiff,<br><br>v.<br><br>RIVERA, et al.,<br><br>Defendants. | No. 2:23-cv-01937-DAD-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 15) |

Plaintiff Tommy Jay Eugene Joseph Reid is a county detainee proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 17, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice. (Doc. No. 15 at 1.) Specifically, the magistrate judge concluded that the previously assigned magistrate judge had dismissed plaintiff's complaint and had granted plaintiff leave to file an amended complaint within thirty days, and that plaintiff had failed to do so. (*Id.* at 1.) Plaintiff had been cautioned that failure to file an amended complaint within that thirty-day period "may result in a recommendation that this action be dismissed." (Doc. No. 13 at 5); *see also* L.R. 110 ("Failure

. . . to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (Doc. No. 15 at 1.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 17, 2024 (Doc. No. 15) are adopted in full;

2. This action is dismissed without prejudice; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 19, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2